```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-MJ-0060 KJN |
| Plaintiff, ) | |
| ) | ORDER DISMISSING COMPLAINT |
| v. ) | |
| EDGAR ROMERO FIGUEROA, ) | |
| Defendant. ) | |

   Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, hereby moves to dismiss without prejudice the charges in the criminal complaint against defendant Edgar Romero Figueroa. The government further requests that the Court recall and dismiss the arrest warrant for Edgar Romero Figueroa.

   The motion to dismiss is made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Information obtained following the filing of the criminal complaint reveals that a misidentification has occurred.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: March 5, 2012                 /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

　　IT IS HEREBY ORDERED that the government's motion to dismiss without prejudice charges in the criminal complaint against Defendant Edgar Romero Figueroa is granted.  The arrest warrant for Edgar Romero Figueroa issued by the Honorable Kendall J. Newman, United States Magistrate Judge, on February 27, 2012, is recalled and dismissed.

Dated:　March 6, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2